```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  KESLIE STEWART (CSBN 184090)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, California 94612
       Telephone: (510) 637-3709
 7     Facsimile: (510) 637-3724

 8  Attorneys for Plaintiff
```

FILED

JAN 3 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY D. LOMBARDI, et al.,<br><br>    Defendant. | No. 4-06-70805 WDB<br><br>[PROPOSED] ORDER EXTENDING PRELIMINARY HEARING DATE FOR DEFENDANT TONY D. LOMBARDI TO JAN. 10, 2006 at 10:00 a.m. |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or preliminary hearing date for Defendant Tony D. Lombardi to January 10, 2006 at 10:00 a.m. before the Honorable Wayne D. Brazil. The parties agree, and the Court finds and holds that good cause exists to continue the time due to defense counsel's unavailability. Counsel for the defendant also believes that postponing the preliminary hearing is in his client's best interest and that it is not in his client's best interest for the United States to present an indictment before the January 10, 2006 preliminary hearing date.

///

///

/// *cc: WDB's Stats, Copy to parties via ECF*

1 | The Court finds that, taking into the account the public interest in the prompt disposition of
2 | criminal cases, these grounds are good cause for extending the time limits for a preliminary
3 | hearing under Federal Rule of Criminal Procedure 5.1.

5 | STIPULATED:

7 | DATED: 12/20/06

SETH CHAZIN
Attorney for Defendant

10 | DATED: 12/20/06

KESLIE STEWART
Assistant United States Attorney

13 | IT IS SO ORDERED.

15 | DATED: 1/3/07

WAYNE D. BRAZIL
United States Magistrate Judge