**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

_____

United States of America,                )   CR-07-00006-SBA
                                         )
                                         )
         Plaintiff,                      )
                                         )  ORDER
vs.                                      ) RE-SETTING DATE FOR STATUS
                                         ) CONFERENCE
     Tony Lombardi,                      )
                                         )
         Defendants.                     )
_____  )

Based upon the attached stipulation of counsel and, WITH GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the status conference currently scheduled for May 22, 2007, is vacated and shall be re-set for hearing on June 19, 2007 at 9:00 a.m.

Furthermore, based on the factors referred to in said stipulation, THE COURT HEREBY FINDS for purposes of effective preparation counsel and for continuity of defense counsel, pursuant to 18 U.S.C. Sections 3161(h)(8)(A) and (B)(iv), the Court warrants that an exclusion of time under the Speedy Trial Act is necessary and appropriate.

**IT IS SO ORDERED**.

**DATED: 5/22/07**

_Saundra B Armstrong_
**THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE**

1