1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorneys
5     1301 Clay Street, Suite 340S
      Oakland, CA, 94612
6     Telephone: (510) 637-3691
      Facsimile:  (510) 637-3724
7     E-mail: maureen.bessette@usdoj.gov

8  Attorney for United States

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12

13 | UNITED STATES OF AMERICA,      )    No. CR 07-00006 SBA
                                    )
14 |     Plaintiff,                 )    STIPULATION AND ORDER TO
                                    )    VACATE STATUS CONFERENCE SET
15 | v.                             )    FOR MARCH 2, 2010 AND SET MATTER
                                    )    FOR ADMISSIONS AND SENTENCING
16 | TONY D. LOMBARDI,              )    ON MARCH 23,2010
                                    )
17 |     Defendants.                )
                                    )
18                                  )
                                    )
19

                                **STIPULATION**
20
          This matter is currently on calendar for status on Tuesday, March 2, 2010, at 10:00 a.m.
21
   The parties jointly stipulate and request that the matter be continued to the new date of March
22
   23, 2010, at 10:00 a.m., or as soon thereafter as the Court is available, for admissions and
23
   sentencing on the supervised release violations.     Defense counsel is in trial and unavailable
24
   until March 23, 2010.  The parties therefore stipulate and agree that the matter should be
25
   continued to March 23, 2010.  The Probation Officer has prepared a sentencing memorandum
26
   dated February 23, 2010
27
   / / /
28
   / / /

///

and the parties are in agreement with the Probation Officer's recommended sentence of 18 months custody followed by 18 months of additional supervision.

**SO STIPULATED.**

Dated: February 25, 2010

                      /s/
                KESLIE STEWART
                Assistant United States Attorney

SO STIPULATED.

Dated: February 25, 2010

                      /s/
                SETH P. CHAZIN
                Attorney for Defendant

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the hearing that is currently scheduled for March 2, 2010, shall be continued to March 23, 2010, at 10:00 a.m. for admissions and sentencing.

**IT IS SO ORDERED**.

Dated: 2/26/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Court Judge