1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN CABN 193730)
   Assistant United States Attorney
5    1301 Clay Street, Suite 340S
     Oakland, CA 94612
6    Telephone: (510) 637-3680
     Fax: (510) 637-3724
7    E-Mail: andrew.huang@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,           )   No. CR 07-00006-01 SBA
                                       )
14      Plaintiff,                     )   STIPULATION AND ORDER TO
                                       )   VACATE HEARING AND CONTINUE
15      v.                             )   MATTER FOR STATUS HEARING ON
                                       )   JANUARY 29, 2013
16 TONY D. LOMBARDI,                   )
                                       )
17      Defendant.                     )
                                       )
18

19      Defendant Tony D. Lombardi and the government, by and through undersigned counsel,

20 jointly request that the Court vacate the hearing presently set before Court on December 12,

21 2012 and continue this matter to January 22, 2013.  In support of this request, the parties

22 stipulate as follows:

23      1.   The matter is presently set for a revocation of supervised release hearing before

24           the Court on December 12, 2012.

25      2.   Because one or more of the charges relate to facts that may give rise to additional

26           federal criminal charges, the parties are presently discussing resolution of this

27           matter in light of potential additional criminal charges.

28

STIP. & [PROP.'D] ORD. SET STATUS HRG.
No. CR 07-00006-01 SBA

3.  The assigned prosecutor was not present when the December 12, 2012 hearing was set. This hearing conflicts with a pre-arranged, week-long training course.

4.  After the week of December 17, 2012, defense counsel will not be available again until after January 11, 2012.

5.  The assigned prosecutor has trial in another case set to begin on January 14, 2013 before the Honorable Phyllis J. Hamilton.

6.  The parties have confirmed the assigned probation officer's availability for the proposed date.

For the reasons stated above, the parties respectfully request that the hearing presently set for December 12, 2012 be vacated and that this matter be continued to January 29, 2013 at 10:00 a.m.

**So stipulated.**

DATED: December 8, 2012

                                        /s/
                              SETH P. CHAZIN, Esq.
                              Attorney for Defendant Lombardi


                              MELINDA HAAG
                              United States Attorney

                                        /s/
                              ANDREW S. HUANG
                              Assistant United States Attorney

1    **ORDER**

2    FOR GOOD CAUSE SHOWN, IT IS FOUND AND ORDERED THAT:

3        1. The currently scheduled hearing on December 12, 2012 is VACATED.

4        2. This matter is SET for a Revocation of Supervised Release hearing on January 29,

5    2013 at 10:00 a.m.

8    DATED:  12/10/12

                                        Hon. SAUNDRA BROWN ARMSTRONG
                                        United States District Court Judge
                                        Northern District of California