MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TALIA FALK (NYBN 4944245)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: talia.falk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00006-01 SBA |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RE DISCOVERY OF UNITED STATES PROBATION OFFICE'S FILES |
| TONY LOMBARDI, | ) | |
|     Defendant. | ) | |

    The parties in the case hereby stipulate and move the Court to order the United States Probation Office to make its documents and files pertaining to the charges in the Third Amended Petition for Arrest Warrant for Offender Under Supervision, dated October 11, 2012, in the above-captioned case available for inspection and copy.  In support of its request, the parties stipulate as follows:

    1.  This case is set for a revocation of supervised release hearing before the Honorable Saundra Brown Armstrong on February 11, 2012 at 10 a.m..

    2.  The Probation Office recently informed the parties that it would not make its files fully available for discovery without an order from the Court.

    3.  Case No. 07-00006 involves allegations that the defendant violated the conditions of

his supervised release. Consequently, the Probation Office's documents and files relating to the Third Amended Petition for Arrest Warrant for Offender Under Supervision, dated October 11, 2012, are pertinent to this case and should be discoverable.

4.  The government will assist the Probation Office in ensuring that any electronically stored data are properly preserved and available for inspection and/or copying.

5. The Probation Office is in agreement with the parties that the documents and files requested are relevant to the case and should be released, pending the Court's authorization.

WHEREFORE, the parties respectfully request that the Court order that the United States Probation Office, with the assistance of the government, make its documents and files pertaining to the charges in the Third Amended Petition for Arrest Warrant for Offender Under Supervision, dated October 11, 2012, in the above-captioned case available for inspection and copying.

**So Stipulated.**

Date: January 30, 2012                    Respectfully Submitted,

MELINDA HAAG

/s/
TALIA FALK, Esq.
Special Assistant United States Attorney

/s/
SETH P. CHAZIN, Esq.
Counsel for Defendant Lombardi

STIP. & [PROP'D] ORD. RE USPO DISCOVERY
Nos. CR 07-00006-01 SBA

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TALIA FALK ((NYBN 4944245)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: talia.falk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00006-01 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER RE DISCOVERY OF UNITED STATES PROBATION OFFICE'S FILES |
| TONY LOMBARDI, | ) | |
| Defendant. | ) | |

For the reasons stated in the stipulation of the parties, IT IS ORDERED that the United States Probation Office make any documents and files pertaining to the charges in the Third Amended Petition for Arrest Warrant for Offender Under Supervision, dated October 11, 2012, in the above-captioned case available to the parties for inspection and copying. IT IS FURTHER ORDERED that the government assist the Probation Office in preserving any electronically stored data and making such data available for inspection and copying.

  2/4/13
Date

_Kandis Westmore_
Hon. Kandis A. Westmore
Magistrate Judge

[PROP'D] ORD. RE USPO DISCOVERY
Nos. CR 07-00006-01 SBA